UNITED STATES of America, Plaintiff–Appellee,

v.

Edward Alan GARCIA, Defendant–Appellant.

No. 12–30058.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 9, 2012.*

Filed Oct. 16, 2012.

Bruce Miyake, Assistant U.S. Attorney, Helen J. Brunner, Esquire, Assistant U.S. Attorney, Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Suzanne Lee Elliott, Esquire, Law Offices of Suzanne Lee Elliott, Seattle, WA, for Defendant–Appellant.

Before: RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

MEMORANDUM **

Edward Alan Garcia appeals from the 24–month sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Garcia contends that the district court procedurally erred because it failed to ex-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

plain adequately the sentence imposed. The record belies this contention. The district court considered the parties' arguments and the relevant 18 U.S.C. § 3553(a) sentencing factors, and sufficiently explained its decision to impose an above-Guidelines sentence. *See United States v. Carty*, 520 F.3d 984, 992 (9th Cir.2008) (en banc).

**AFFIRMED.**

Before: RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.